No. 154. CREW LEVICK COMPANY v. THE CITY OF PHILADELPHIA, to the use of J. Joseph McHugh.. Error to the Supreme Court of the State of Pennsylvania. Argued April 20, 1925. Decided April 27, 1925. *Per Curiam.* Dismissed for the want of jurisdiction upon the authority of § 257 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. David Wallerstein* with whom *Mr. W. B. Saul* was on the brief, for plaintiff in error. *Mr. Glenn C. Mead* for defendant in error.

No. 220. FORT SMITH LIGHT & TRACTION CO. v. FAGAN BOURLAND ET AL. It is ordered by this court that the opinion heretofore filed be amended by inserting after the words " franchise " in the last sentence of the opinion the words " or indeterminate permit." Petition for rehearing denied. [See 267 U. S. 330.]

No. 404. LOUISIANA RAILWAY & NAVIGATION COMPANY v. MRS. ALICE S. DUPUIS. Error to the Supreme Court of the State of Louisiana. Motion to dismiss or affirm submitted April 27, 1925. Decided May 4, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. W. M. Barrow* for defendant in error in support of the motion. *Mr. E. H. Randolph* for plaintiff in error in opposition to the motion.